RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Brandon Johnson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON JOHNSON,<br><br>Defendant. | Case No. 2:10-cr-00585-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Brandon Johnson, that the Revocation Hearing currently scheduled on June 26, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out of the district the week of June 24, 2019. Additionally, the probation officer is out of the district until the week of July 8, 2019, but is unavailable on July 10, 2019.

2. The parties need additional time to review the petition to attempt to come to a resolution.

3. Defendant is out of custody at the halfway house and does not oppose this requested continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 20th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00585-JCM-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| BRANDON JOHNSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 26, 2019 at 10:00 a.m., be vacated and continued to  July 16, 2019  at the hour of 10:30 a.m.

DATED June 24, 2019.

_____
UNITED STATES DISTRICT JUDGE