```
JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MISTY L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
```
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANDON JOHNSON,<br>aka "Spank,"<br><br>    Defendant. | 2:10-CR-585-JCM<br><br>**Request for Access to Copy of Presentence Report as to Brandon Johnson** |

The United States of America hereby requests access to a copy of the presentence report for the defendant Brandon Johnson, aka "Spank," pursuant to 18 U.S.C. § 3552(d).

This Court entered a Final Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 21 U.S.C. § 853(a)(1) and (p) based upon the plea of guilty by Brandon Johnson, aka "Spank," to the criminal offense, forfeiting the property set forth in the Plea Memorandum and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Brandon Johnson pled guilty. The Final Order of Forfeiture included a criminal money judgment of $13,800.[1]

---

[1] Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 87; Plea Memorandum, ECF No. 88; Final Order of Forfeiture, ECF No. 110.

      Undersigned received a request from Noble Title for a judgment or lien verification on their client, Brandon Johnson. Noble Title performed a lien search on their client and found the Final Order of Forfeiture for Brandon Johnson, aka "Spank," during their search.[2] They have requested the Undersigned review their lien search result against defendant Brandon Johnson to verify whether their client is the same as the defendant. If Noble Title's client is the same as the defendant, the United States Attorney's Office will need to determine whether the criminal forfeiture money judgment will need to be paid out from any proceeds of the apparent real property sale with Noble Title.

      The purpose of this request for access to the defendant's presentence report is to compare and verify defendant Brandon Johnson to Noble Title's client, also Brandon Johnson. The presentence report has relevant personal identifying information for the verification process and will only be reviewed by the undersigned AUSA. Noble Title will <u>not</u> have access to the presentence report at any time.

      Undersigned is requesting the information specifically to compare the information received from Noble Title. Once undersigned reviews the information received from Noble Title versus the information of defendant's presentence report, a response will be sent to Noble Title either informing them that their client is not the same person as our defendant, or their client is the same as our defendant and owes the balance of a criminal forfeiture money judgment to the government.

      18 U.S.C. § 3552(d) states that, "The court shall provide a copy of the presentence report to the attorney for the Government to use in collecting an assessment, criminal fine, forfeiture or restitution imposed." Due to the possibility that Noble Title's client could be the same person as the defendant, having access to a copy of the presentence report will be helpful in identifying the veracity of this possibility.

/ / /

/ / /

---

[2] Final Order of Forfeiture, ECF No. 110.

If Noble Title's client is the same person as the defendant, this may help the United States Attorney's Office with collection of the forfeiture criminal money judgment of $13,800.[3]

Dated: December 29, 2022.

                                                Respectfully submitted,

                                                JASON M. FRIERSON
                                                United States Attorney

                                                */s/ Misty L. Dante*
                                                MISTY L. DANTE
                                                Assistant United States Attorney

                                    **ORDER**
                            **IT IS SO ORDERED**

                            **DATED:** 4:13 pm, January 13, 2023

                            **BRENDA WEKSLER**
                            **UNITED STATES MAGISTRATE JUDGE**

---

[3] *Id.*